IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JACOBY THOMAS,

    Petitioner,

v.                                      Case No. 1:18-cv-137-AW-EMT

MARK S. INCH,

    Respondent.

_____/

## ORDER ON REPORT AND RECOMMENDATION

The Court has considered the magistrate judge's March 18, 2020 Report and Recommendation. ECF No. 39. No objections have been filed. I agree with the Report and Recommendation's conclusion that Petitioner filed his federal habeas petition within the one-year statutory limitations period. Therefore, it is now ORDERED:

1. The Report and Recommendation's conclusion is accepted.

2. Respondent's motion to dismiss, ECF No. 36, is DENIED.

3. This case is recommitted to the magistrate judge for further proceedings on Petitioner's amended habeas petition.

SO ORDERED on April 21, 2020.

                                                            s/ *Allen Winsor*
                                                            United States District Judge